# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  02-cr-00123-LTB-01 |
| | USM Number:  30969-013 |
| LEROY DEFFEBAUGH | Virginia Grady, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petitions.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 06/23/06 |
| 2 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 06/27/06 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

 

July 16, 2007
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, U.S. District Judge
Name & Title of Judge

July 23, 2007
Date

DEFENDANT:  LEROY DEFFEBAUGH
CASE NUMBER:  02-cr-00123-LTB-01                                                  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 07/07/06 |
| 4 | Possession and Use of a Controlled Substance | 07/11/06 |
| 5 | Possession and Use of a Controlled Substance | 07/25/06 |
| 6 | Failure to Report to the Probation Officer as Directed | 07/27/06 |
| 7 | Possession and Use of a Controlled Substance | 08/23/06 |
| 8 | Possession and Use of a Controlled Substance | 09/20/06 |
| 9 | Violation of the Law | 02/21/07 |

DEFENDANT: LEROY DEFFEBAUGH
CASE NUMBER: 02-cr-00123-LTB-01                                               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months and six (6) days.

The court recommends that the Bureau of Prisons place the defendant at FCI Englewood.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal